FILED
2018 Feb-28 PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| SECK ALIOU, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-01949-VEH-SGC |
| ) | |
| JEFFERSON B. SESSIONS, III, ) | |
| Attorney General, et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This case is before the court on Respondents' Motion to Dismiss, filed February 26, 2018. (Doc. 7). In the motion, Respondents note Petitioner was removed from the United States on December 19, 2017. (*Id.* at 1; *see* Doc. 7-1 at 1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**DONE** and **ORDERED** this the 28th day of February, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge